**Expedited hearing shall be held on August 12, 2026, at 12:00 p.m. in SA Courtroom 3. Hybrid appearances permitted https://www.zoomgov.com/my/thomas.txwb via Meeting ID: 160 8446 6872. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 11, 2026**

**AUBREY L. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-52229-ALT |
| LUNA ROSA RESTAURANT | § | |
| Y TAPAS LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER EXPEDITING HEARING ON THE EMERGENCY MOTION FOR ENTRY OF ORDER (A) AUTHORIZING THE DEBTOR TO PAY PRE-PETITION WAGES AND (B) AUTHORIZING BANKS TO HONOR AND PAY CHECKS ISSUED FROM PRE-PETITION BANK ACCOUNTS TO PAY PRE-PETITION WAGES AND WITHHOLDINGS**

On this day, came on to be considered the Motion for Expedited Hearing on Emergency Motion for Entry of Order (a) Authorizing the Debtor to Pay Pre-Petition Wages and (b) Authorizing Banks to Honor and Pay Checks Issued From Pre-Petition Bank Accounts to Pay Pre-Petition Wages and Withholdings, and it appearing to the Court that there is good cause to expedite such hearing and accordingly, the Motion for Expedited Hearing should be granted; it is therefore

ORDERED, ADJUDGED and DECREED that the Emergency Motion for Entry of Order (a) Authorizing the Debtor to Pay Pre-Petition Wages and (b) Authorizing Banks to Honor and Pay Checks Issued From Pre-Petition Bank Accounts to Pay Pre-Petition Wages and Withholdings is scheduled for expedited hearing on the date and time listed above.

###

Submitted by:

William R. Davis, Jr.
Langley & Banack, Inc.
745 E. Mulberry, Suite 700
San Antonio, TX 78212
(210) 736-6600 Telephone

Attorneys for the Debtor

United States Bankruptcy Court
Western District of Texas

In re: Case No. 26-52229-alt
Luna Rosa Restaurant Y Tapas, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 1
Date Rcvd: Aug 12, 2026 Form ID: pdfintp Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luna Rosa Restaurant Y Tapas, LLC, 1014 S. Alamo St., San Antonio, TX 78210-1110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |
| William R. Davis, Jr | on behalf of Debtor Luna Rosa Restaurant Y Tapas LLC wrdavis@langleybanack.com, msolberg@langleybanack.com |

TOTAL: 2