# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 26–52229–alt

Chapter 11 Subchapter V

IN RE: **Luna Rosa Restaurant Y Tapas, LLC** ,
Debtor(s)

## ORDER ESTABLISHING DATE FOR STATUS HEARING

The above referenced debtor filed a petition for relief under Chapter 11 and has elected to be treated under Subchapter V as a small business debtor. The Court finds that, pursuant to 11 U.S.C. § 1188, the following Order should be entered.

IT IS HEREBY ORDERED, AND NOTICE IS HEREBY GIVEN THAT:

1 . **Order for SUBCHAPTER_V Status Hearing (related document(s): 1 Voluntary Petition under Chapter 11 (Non–Individual) Subchapter V Without Schedules, Without Statement of Financial Affairs, With Attorney Disclosure of Compensation Filed By Luna Rosa Restaurant Y Tapas, LLC Status Hearing Set For 9/28/2026 at 10:00 AM at SA Courtroom 3 or https://www.zoomgov.com/my/thomas.txwb via Zoom Meeting ID: 160 8446 6872 (Order entered on 8/13/2026) (Flores, Roxanne)** as required by 11 U.S.C. § 1188(a). The debtor, counsel for the debtor and the trustee should attend the status conference.

2. The debtor shall file with the court and serve upon the trustee and all parties in interest, a report that details the efforts the debtor has taken and will undertake to attain a consensual plan of reorganization, such report should be filed not later than 14 days before the date of the status conference, as required by 11 U.S.C. § 1188(c).

3. The Clerk of the Court shall cause a copy of this order to be served upon the debtor, the trustee, and all creditors and parties in interest set forth on the mailing matrix in this case.

Dated: 8/13/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court
BY: Roxanne Flores

**[Status Hearing Order (SV)]** [OsthrgSubv]

United States Bankruptcy Court

Western District of Texas

In re: Luna Rosa Restaurant Y Tapas, LLC
Debtor

Case No. 26-52229-alt
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0542-5 | User: admin | Page 1 of 2
Date Rcvd: Aug 13, 2026 | Form ID: 192sv | Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luna Rosa Restaurant Y Tapas, LLC, 5010 Kayla Brooks, San Antonio, TX 78251-3560 |
| 19276011 | + | 1014 S. Alamo, LLC, 722 S. St. Mary's, San Antonio, TX 78205-3435 |
| 19276012 | + | 1014 S. Alamo, LLC, 722 S. St. Mary's St., San Antonio, TX 78205-3435 |
| 19276014 | + | Bruna Rosa's Trustee, 202 Honeysuckle Lane, San Antonio, TX 78213-2615 |
| 19276015 | | Bruna Rosas Trustee of the Bruna Rosas Trustee, 1014 S. Alamo, LLC, 725 S. St. Mary's, San Antonio, TX 78205 |
| 19276021 | + | Iris G. Ornelas, 5010 Kayla Brooks, San Antonio, TX 78251-3560 |
| 19276023 | + | Spartan Capital Group, 1001 Westhaven Blvd. Unit A100, Franklin, TN 37064-4991 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19276018 | + | Email/Text: joe.g@wallfunding.com | Aug 13 2026 23:43:00 | Global Merchant Cash, Inc., 64 Beaver St. Suite 415, New York, NY 10004-2508 |
| 19276020 | | Email/Text: ksamuel@ioufinancial.com | Aug 13 2026 23:43:00 | IOU Financial, 600 Town Park Lane Suite 100, Kennesaw, GA 30144 |
| 19276019 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2026 23:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 19276013 | | Email/Text: sanantonio.bankruptcy@publicans.com | Aug 13 2026 23:42:00 | Bexar County Tax Assessor-Collector, P.O. Box 839950, San Antonio, TX 78283-3950 |
| 19276017 | | Email/Text: sanantonio.bankruptcy@publicans.com | Aug 13 2026 23:42:00 | Don Stecker, Linebarger Goggan Blair & Sampson, LLP, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205 |
| 19276022 | + | Email/Text: legal@rewardsnetwork.com | Aug 13 2026 23:43:00 | Rewards Network Establishment Service, Inc., 540 West Madison St. #2400, Chicago, IL 60661-2562 |
| 19276016 | | Email/Text: pacer@cpa.state.tx.us | Aug 13 2026 23:43:00 | Comptroller of Public Accounts, PO Box 149355, Austin, TX 78714 |
| 19276024 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Aug 13 2026 23:42:00 | U.S. Attorney, 601 NW Loop 410 Suite 600, San Antonio, TX 78216-5512 |
| 19276025 | ^ | MEBN | Aug 13 2026 23:39:23 | United States Attorney General, 950 Pennsylvania Ave., NW, Washington, DC 20530-0001 |
| 19276026 | + | Email/Text: joe.g@wallfunding.com | Aug 13 2026 23:43:00 | Wall Street Funding, 64 Beaver St. Suite 415, New York, NY 10004-2508 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James W Rose, Jr | on behalf of U.S. Trustee United States Trustee - SA12 james.rose@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov;adrian.duran@usdoj.gov |
| Michael G. Colvard | mcolvard@mdtlaw.com mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com;lbuford@mdtlaw.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |
| William R. Davis, Jr | on behalf of Debtor Luna Rosa Restaurant Y Tapas LLC wrdavis@langleybanack.com, msolberg@langleybanack.com |

TOTAL: 4